# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No. 3:07-cr-113 |
| | ) |
| | )  Judge Jordan |
| DANIEL LEE GOINS | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Daniel Lee Goins, and the defendant admits that he has violated conditions of his supervised release as set forth in the Petition. An agreement has been reached between the parties recommending that Mr. Goins' supervised release should be revoked and that he should receive a sentence of fifteen (15) months incarceration with no supervised release to follow.

Mr. Goins agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered that the violations admitted by the defendant are "Grade C" violations and that the revocation guideline range is 7 to 13 months imprisonment. There is a statutory maximum of 29 months imprisonment which the Court has considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is

sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of fifteen (15) months to be followed by no supervised release.

*The Honorable R. Leon Jordan*
*United States District Judge*

APPROVED FOR ENTRY:

David Jennings, Esq.
Assistant U.S. Attorney

Jonathan Moffatt
Attorney for Defendant

Daniel Lee Goins
Defendant

Melissa Haduck
U.S. Probation Officer

2